IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW PATRICK BRENNAN, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 3:24-cv-00966-JLS |
| : | |
| MONROE COUNTY CORRECTIONAL : | |
| FACILITY, et al., : | |
| Defendants. | |

**ENTRY OF APPEARANCE**

Kindly enter my appearance on behalf of the Plaintiff, Andrew Patrick Brennan, in the above-captioned matter.

Respectfully submitted,

*/s/ Michael T. van der Veen*
Michael T. van der Veen, Esquire
Id No. 75616
van der Veen, Hartshorn, Levin & Lindheim
1219 Spruce Street
Philadelphia, PA 19107
(215) 546-1000
mtv@mtvlaw.com

Dated: June 14, 2024