### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW PATRICK BRENNAN,<br>Plaintiff | : <br> : | NO.: 3:24-cv-00966-JFS |
| v. | : <br> : | CIVIL ACTION – LAW |
| MONROE COUNTY CORRECTIONAL FACILITY, WARDEN GARRY HAIDLE, DIRECTOR OF TREATMENT LEA BAYLOR, PRIMECARE MEDICAL, INC., and JOHN DOES AND JANE DOES #1-10,<br>Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Chief Mag. Judge Joseph F. Saporito, Jr.<br><br>*Electronically Filed*<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Kindly enter the appearance of John R. Ninosky, Esquire of Marshall Dennehey, P.C. on behalf of Defendant PrimeCare Medical, Inc. in the above-captioned matter.

Respectfully submitted,

MARSHALL DENNEHEY, P.C.

By: _____
JOHN R. NINOSKY, ESQUIRE
PA Attorney ID No. 78000
200 Corporate Center Drive, Suite 300
Camp Hill, PA  17011
Telephone (717) 651-3709
Fax (717) 651-3707
jrninosky@mdwcg.com
*Attorney for Defendant PrimeCare Medical, Inc.*

Date:   June 24, 2024

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 24th day of June, 2024, the foregoing *Notice of Appearance* was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record, which service satisfies the requirements of the Federal Rules of Civil Procedure.

Jerry A. Lindheim, Esquire
Michael T. van der Veen
van de Deen, Hartshorn, Levin & Lindheim
1219 Spruce Street
Philadelphia, PA  19107
jlindheim@mtvlaw.com
mtv@mtvlaw.com
*Attorneys for Plaintiff*

MARSHALL DENNEHEY, P.C.

By: _____
John R. Ninosky