IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Andrew Patrick Brennan,

            **Plaintiff(s),**

v.

Monroe County Correctional Facility, et al.,

            **Defendant(s)/**
            **Third-Party Plaintiff(s),**

v.

            **Third-Party Defendant(s).**

Civil Action No. 3:24-cv-00966-JFS

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant,
(type of party)
who is PrimeCare Medical, Inc., makes the following disclosure:
(name of party)

Page 1 of 2

1. Is the party a non-governmental corporate party?

    ☑ YES    ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

    There is no such corporation.

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

    There is no such corporation.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

/s/ John R. Ninosky
Signature of Counsel for Party

Date: June 24, 2024

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of June, 2024, the foregoing *Corporate Disclosure Statement* was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record, which service satisfies the requirements of the Federal Rules of Civil Procedure.

    Jerry A. Lindheim, Esquire
    Michael T. van der Veen
    van de Deen, Hartshorn, Levin & Lindheim
    1219 Spruce Street
    Philadelphia, PA  19107
    jlindheim@mtvlaw.com
    mtv@mtvlaw.com
    *Attorneys for Plaintiff*

                                       MARSHALL DENNEHEY, P.C.

                                       By: *[signature]*
                                            John R. Ninosky